**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex rel.* VETERAN MARKETING LLC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**RESPIRONICS, INC.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 21-0853** |

**O R D E R**

**AND NOW**, this 24th day of November, 2026, upon consideration of Defendant's Motion to Dismiss (ECF No. 62), Plaintiff's Response in Opposition (ECF No. 64), and the United States' Opposition (ECF No.69), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED in part and DENIED in part** as follows:

1. Defendant's Motion is **GRANTED** with respect to the false reverse claims under 31 U.S.C. § 3729(a)(1)(G), and that claim is **DISMISSED WITHOUT PREJUDICE**.
2. Defendant's Motion is **DENIED** in all other respects.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**